■ In the Matter of JAMES KARO, Appellant, v BRION TRAVIS, as Chair of the New York State Board of Parole, Respondent. [770 NYS2d 921]—Appeal from a judgment of the Supreme Court (Mulvey, J.), entered April 3, 2003 in Chemung County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Since the April 2001 determination giving rise to this CPLR article 78 proceeding, petitioner has reappeared before the Board of Parole and has again been denied release. Accordingly, the matter is now moot and the appeal must be dismissed (*see Matter of Boddie v New York State Div. of Parole*, 306 AD2d 661 [2003]).

Mercure, J.P., Mugglin, Rose, Lahtinen and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.